UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 17-20631-CIV-MORENO

AFFILIATED FM INSURANCE COMPANY and
CAMERICAN INTERNATIONAL, INC.,

        Plaintiffs,

vs.

DEPENDABLE WAREHOUSING &
DISTRIBUTION, INC.,

        Defendant.
_____/

## FINAL ORDER OF DISMISSAL AND
## ORDER DENYING ALL PENDING MOTIONS AS MOOT

THIS CAUSE came before the Court upon Plaintiff Counsel's Telephonic Notice of Settlement on **March 29, 2018**. It is

ADJUDGED that in light of the parties settling this action, this case is **DISMISSED** in accordance with the settlement agreement. The Court shall retain jurisdiction for six months to enforce the terms of the settlement agreement. It is also

ADJUDGED that all pending motions are **DENIED** as moot and the case is removed from the April 2, 2018 trial calendar.

DONE AND ORDERED in Chambers at Miami, Florida, this ___ of March 2018.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record